THOMAS E. MOSS
UNITED STATES ATTORNEY
MICHELLE R. MALLARD
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN, SUITE 192
POCATELLO, IDAHO   83201

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 04-0111 - BLW |
| Plaintiff, | **INDICTMENT** |
| vs. | 18 U.S.C. § 875(c) |
| DOUGLAS E. USHER, | |
| Defendant. | |

**The Grand Jury charges:**

On or about the 20th day of November, 2003, in the State and District of Idaho, the defendant, **DOUGLAS E. USHER**, did, with the intent to threaten, knowingly and intentionally transmit in interstate commerce from Missoula, Montana to Salmon, Idaho, a telephone and/or cellular phone communication to Mike Allen containing a threat to injure the person of another, Idaho State Magistrate Judge Jerry Meyers, by making the statement "I'm going to kill him if it's the last thing I do," in violation of Title 18, United States Code, Section 875(c).

DATED this 25TH day of May, 2004.

A TRUE BILL:

_____
FOREPERSON

THOMAS E. MOSS
United States Attorney

_____
MICHELLE R. MALLARD
Assistant United States Attorney

INDICTMENT - 1

# CRIMINAL COVERSHEET

**DEFENDANT'S NAME:** Douglas Usher

**DEFENDANT'S STREET ADDRESS:**

**DEFENSE ATTORNEY:**

**ADDRESS**

**INVESTIGATING AGENCY & AGENT:** S/A Kirt Hodges
FBI
Idaho Falls, Idaho

**Juvenile:** No

**Service Type:** Non-Secret/Warrant

**Interpreter:**
If yes, language:

CR 04-0111 E BLW

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

## CRIMINAL CHARGING INFORMATION

__ Complaint  X Indictment  __ Information  __ Superseding Indictment

X Felony  __ Class A Misdemeanor  __ Class B or C Misdemeanor (Petty Offense)

County of Offense: Lemhi  Estimated Trial Time: 5 days

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 18 U.S.C. § 875(c) | 1 | Threatening Communications | Maximum 5 years incarceration and/or $250,000 fine, 3 years supervised release, and $100 special assessment |

Date: May 24, 2004

AUSA: Michelle R. Mallard
Telephone No.: (208) 478-4166